# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 23, 2008

Charles R. Fulbruge III
Clerk

No. 06-31281

CLYDIA SARAHLYN LEE, Individually and on behalf of James Lee Estate; STEPHANIE ELAINE SIMMONS, Individually and on behalf of James Lee Estate

Plaintiffs-Appellants

v.

UNITED STATES OF AMERICA

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:04-cv-01635

Before SMITH and PRADO, Circuit Judges, and YEAKEL,[*] District Judge.

PER CURIAM:[**]

After having reviewed the briefs, heard oral argument, and examined the record, we affirm the judgment of the district court for the reasons given in its oral ruling and written judgment.

AFFIRMED.

---

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.